UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Plaintiff<br><br>v.<br><br>BM REAL ESTATE SERVICES, INC. and BENJAMIN HUNNICUTT,<br><br>Defendant | Case No.: CV11-04811 DMG (Ex)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE UPON JOINT STIPULATION BETWEEN CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, AND BM REAL ESTATE SERVICES, INC. AND BENJAMIN HUNNICUTT [21]** |

The Court, having reviewed the Joint Stipulation of Dismissal With Prejudice (filed 6/21/12, document no. 21) between CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, on the one hand, and BM REAL ESTATE SERVICES, INC. and BENJAMIN HUNNICUTT, on the other hand, finding good cause therefore, hereby APPROVES of said Joint Stipulation, and orders the above-captioned action

1

ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE UPON STIPULATION BETWEEN
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, BM REAL ESTATE SERVICES, INC. AND HUNNICUTT

1  dismissed in its entirety, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(2), with each
2  party to bear its/his own costs.

5  DATED: July 3, 2012        _____
6                              Dolly M. Gee
                               United States District Judge

2
ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE UPON STIPULATION BETWEEN
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, BM REAL ESTATE SERVICES, INC. AND HUNNICUTT